IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROGELIO MONTALVO | : | CIVIL ACTION |
| --- | --- | --- |
| | : | NO. 10-2617 |
| v. | : | |
| | : | |
| JOHN DOE I | : | |
| | : | |
| and | : | |
| | : | |
| JOHN DOE II | : | |
| | : | |
| and | : | |
| | : | |
| AMERICAN AIRLINES, INC. | : | |

### ORDER

AND NOW, this 5th day of October, 2010, in consideration of plaintiff's motion to amend the complaint and defendant American's response thereto, it is ORDERED that plaintiff's motion is GRANTED and defendants Beth Etling and Susan Myers are substituted for defendants John Doe I and II. It is further ORDERED that this case is REMANDED to the Philadelphia County Court of Common Pleas.

                                            __s/Thomas N. O'Neill_____
                                            THOMAS N. O'NEILL, JR., J.